**Patrick H. McCormack, Appellee, v. Thomas J. Friel et al., Trading as Chicago Surface Lines, Appellants.**

**Gen. No. 43,262.**

Heard in the second division, first district, this court at the December term, 1944; opinion filed November 6, 1945; released for publication November 20, 1945. Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; Alexander J. Reiff, Joseph A. McInerney and Ode L. Rankin, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.